UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kenneth Hayes**                          **Docket No. 7:21-CR-37-1M**

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenneth Hayes, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute and Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 846; Distribution of a Quantity of Heroin, in violation of 21 U.S.C. § 841 (a)(1); and Possession with Intent to Distribute a Quantity of Heroin and 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841 (a)(1), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on August 11, 2022, to 66 months imprisonment, followed by 36 months supervised release under the conditions adopted by the court.

Kenneth Hayes is scheduled to be released from custody on August 13, 2024, at which time the term of supervised release shall commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Prior to release, the Bureau of Prisons submitted a pre-release investigation plan for the defendant listing his address as "homeless" in Raleigh, North Carolina. Contact with the defendant's case manager revealed that he has no family or friends willing to assist him with housing. The defendant is currently at the residential reentry center, Dismas Charities, in Fayetteville, North Carolina. He is actively working with their staff to secure a suitable residence. Based on the above, it is respectfully recommended that the term of supervised release be modified to include placement at the residential reentry center (RRC) for a period of 180 days. It is further recommended, that upon approval of the probation office, the defendant be released from the RRC prior to completion of the 180-day period should suitable housing be secured. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. Upon approval of the probation office, the defendant may be released from the residential re-entry center prior to the 180-day period should suitable housing be secured.

Except as herein modified, the judgment shall remain in full force and effect.

Kenneth Hayes
Docket No. 7:21-CR-37-1M
Petition for Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: July 31, 2024

## ORDER OF THE COURT

Considered and ordered this 1st day of August, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge